United States District Court
Southern District of Texas
**ENTERED**
April 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMONA ROCHELLE KEMP, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-16-2206 |
| § | |
| NANCY A. BERRYHILL, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION,[1] § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Defendant's Motion to Dismiss (Document no. 6). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion to Dismiss be GRANTED, and that this appeal be DISMISSED WITH PREJUDICE as untimely filed. No objections have been filed to the Magistrate's Recommendation. The Court, after having made a *de novo* determination of Defendant's Motion to Dismiss and the Memorandum and Recommendation, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is substituted for Carolyn W. Colvin as the defendant in this case.

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge filed on February 23, 2017, which is adopted in its entirety as the opinion of this Court, that Defendant's Motion to Dismiss (Document No. 6) is GRANTED, and this proceeding is DISMISSED WITH PREJUDICE as untimely filed.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 7TH day of April, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE